IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-4033–06-CR-C-NKL |
| | ) | |
| WILLIAM LEE McNEIL, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

     Defendant William Lee McNeil, by consent, appeared before the undersigned on August 24, 2012, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts Two and Six of the Second Superseding Indictment filed on January 11, 2012. After cautioning and examining the defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has pled guilty are supported by a factual basis for each of the essential elements of the offenses.

     IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant William Lee McNeil be adjudged guilty and have sentence imposed accordingly.

     Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

     Dated this 27th day of August, 2012, at Jefferson City, Missouri.

                                          /s/ *Matt J. Whitworth*
                                          MATT J. WHITWORTH
                                          United States Magistrate Judge